

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00468-CR

Ricky Lee **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. 21-CRJ-76
Honorable Baldemar Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 26, 2025.

_____
Adrian A. Spears II, Justice